Jane L. Moisan, OSB No. 181864
peopleslawproject@gmail.com
PEOPLE'S LAW PROJECT
818 S.W. 3rd Avenue #221-3789
Portland, OR 97204
Phone (971) 258-1292

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BEA LAKE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF PORTLAND, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:22-cv-00818 (SI)<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT CITY'S OFFER OF JUDGMENT** |

**PLAINTIFF'S NOTICE OF ACCEPTANCE**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Bea Lake, through her undersigned counsel, hereby timely accepts and provides notice that she has timely accepted Defendant City of Portland's Offer of Judgment in this matter.

Dated: September 18, 2023.

        Respectfully submitted,

        PEOPLE'S LAW PROJECT

        By: /s/ Jane L. Moisan
        Jane L. Moisan, OSB No. 181864
        Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing OFFER OF JUDGMENT AND PLAINTIFF'S NOTICE OF ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 was served on all counsel of record through the Court's ECF system on this 18th day of September, 2023.

        By: /s/ Jane L. Moisan
        Jane L. Moisan, OSB No. 181864