MARC RODRIGUEZ, OSB No. 201019
Deputy City Attorney
marc.rodriguez@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

*Attorney for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **BEA LAKE.,**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**CITY OF PORTLAND,** a municipal corporation, Portland Police Bureau ("PPB") Police Officer ("P.O") John Doe (the name John Doe being fictitious, as the true name and shield number is not presently known), in their individual capacities**,**<br><br>**DEFENDANTS.** | 3:22-cv-00818-SI<br><br>**DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT** |

**TO PLAINTIFF BEA LAKE AND HER ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 68, Defendant City of Portland hereby offers to allow Plaintiff Bea Lake ("Plaintiff" or "Lake") to take judgment against the City of Portland in the sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00), plus attorneys' fees and costs in the sum of Ten Thousand Dollars and Zero Cents ($10,000.00), and the dismissal with prejudice of John Doe from Plaintiff's action. This Offer of Judgment is made for the purposes specified in Rules 54 and 68, Federal Rules of Civil Procedure, and is not to be construed as an admission that City

///

Page  1  – DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

of Portland is liable in this action. Any Judgment entered as a result of this offer shall not be construed as an admission of liability.

Acceptance of this offer precludes any other action in the subject matter giving rise to Plaintiff's action against John Doe, City of Portland, or any other officer, agent, or employee of Defendant City of Portland. This offer is explicitly conditioned on precluding any other litigation in any forum by Plaintiff against John Doe, Defendant City of Portland, its officers, agents, or employees arising from or related to the June 7-8, 2020, incident giving rise to Plaintiff's action.

This Offer of Judgment shall not be filed with the Court unless accepted.

Dated: September 13, 2023    Respectfully submitted,

 */s/ Marc Rodriguez*
MARC RODRIGUEZ, OSB No. 201019
Deputy City Attorney
*Attorney for Defendant City of Portland*

Page 2 – DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT CITY OF PORTLAND'S OFFER OF JUDGMENT** on the following parties by the method indicated:

| | |
|---|---|
| Jane L Moisan<br>People's Law Project<br>818 SW 3rd Ave, #221-3789<br>Portland, OR  97204<br>*Of Attorneys for Plaintiffs* | ☐ **Electronic service -** UTCR 21.100 (1)(a)<br>☐ **Mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service.<br>☐ **Hand delivery**<br>☐ **Facsimile transmission**<br>☒ by **email.** |

Dated:  September 13, 2023

*/s/ Marc Rodriguez*
Marc Rodriguez, OSB No. 201019
Deputy City Attorney
marc.rodriguez@portlandoregon.gov
*Of Attorney for Defendant City of Portland*

Page  1  –  CERTIFICATE OF SERVICE