MARC RODRIGUEZ, OSB No. 201019
Deputy City Attorney
marc.rodriguez@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **BEA LAKE.,**<br><br>    **PLAINTIFF,**<br><br>  v.<br><br>**CITY OF PORTLAND,** a municipal corporation, Portland Police Bureau ("PPB") Police Officer ("P.O") John Doe (the name John Doe being fictitious, as the true name and shield number is not presently known), in their individual capacities**,**<br><br>    **DEFENDANTS.** | 3:22-cv-00818-SI<br><br>**[PROPOSED] STIPULATED JUDGMENT** |

    Based on Defendant City of Portland's ("Defendant" or "City") Offer of Judgment in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00) plus attorneys' fees and costs in the sum of Ten Thousand Dollars and Zero Cents ($10,000.00), and Plaintiff Bea Lake's ("Plaintiff") subsequent acceptance of that Offer of Judgment that was entered on September 18, 2023 (ECF No. 19), the Court hereby enters this STIPULATED JUDGMENT in favor of Plaintiff and against the City in the total sum of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00).

///

Page 1 – [PROPOSED] STIPULATED JUDGMENT

This Stipulated Judgment shall not be construed as an admission of liability by the City nor an admission that Plaintiff suffered any damages.

**IT IS SO STIPULATED BY THE PARTIES:**

DATED: October 5, 2023    /s/ Jane L. Moisan [signature authorized]
Jane L. Moisan, OSB No. 181864
*Of Attorneys for Plaintiff Bea Lake*

DATED: October 12, 2023    /s/ Marc Rodriguez
Marc Rodriguez, OSB No. 201019
*Of Attorneys for Defendant City of Portland*

**IT IS SO ORDERED AND ADJUDGED:**

DATED: _____

　　　　　　　　　　　　　　　　　　　　　Honorable Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **[PROPOSED] STIPULATED JUDGMENT** on the following parties by the method indicated:

| | |
|---|---|
| Jane L Moisan<br>People's Law Project<br>818 SW 3rd Ave, #221-3789<br>Portland, OR  97204<br>*Of Attorneys for Plaintiff* | ☒ **Electronic service** via the Court's CM/ECF electronic filing system for registered users.<br>☐ **Mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service.<br>☐ **Hand delivery**   ☐ **Facsimile transmission** |

Dated: October 12, 2023

/s/ Marc Rodriguez
Marc Rodriguez, OSB No. 201019
Deputy City Attorney
marc.rodriguez@portlandoregon.gov
*Of Attorney for Defendant City of Portland*