Jane L. Moisan, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
818 S.W. 3rd Avenue #221-3789
Portland, OR 97204
Phone (971) 258-1292

*Attorney for Plaintiff Bea Lake*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **BEA LAKE.,** | 3:22-cv-00818-SI |
| **PLAINTIFF,** | |
| v. | **SATISFACTION OF JUDGMENT** |
| **CITY OF PORTLAND,** a municipal corporation, Portland Police Bureau ("PPB") Police Officer ("P.O") John Doe (the name John Doe being fictitious, as the true name and shield number is not presently known), in their individual capacities**,** | |
| **DEFENDANTS.** | |

I, Jane Moisan, represent plaintiff Lake in the above-captioned matter and hereby declare as follows:

1. As the attorney of record for Plaintiff Bea Lake ("Plaintiff" or "Lake") in this case, full and complete satisfaction of the Stipulated Judgment in the total amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) that was entered in favor of Plaintiff and against Defendant City of Portland ("Defendant") on October 12, 2023 (ECF No. 21) is hereby acknowledged.

2. I hereby authorize the Clerk of this Court to enter satisfaction of record of the above-referenced judgment.

**I hereby declare that the above statement is true and correct to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: October 30, 2023.

                                            Respectfully submitted,

                                            By: /s/ Jane L. Moisan
                                            Jane L. Moisan, OSB No. 181864
                                            PEOPLE'S LAW PROJECT
                                            jane@pdxplp.com

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing **SATISFACTION OF JUDGMENT** on the following parties by the method indicated:

| | |
|---|---|
| Carey Caldwell<br>Deputy City Attorney<br>Portland City Attorney's Office<br>1221 SW 4th Ave., Rm. 430<br>Portland, OR 97204<br>Telephone: (503) 823-4047<br>Facsimile: (503) 823-3089<br><br>*Of Attorneys for Defendant City of Portland* | ☒ **Electronic service** – via the Court's CM/ECF electronic filing system for registered users.<br>☐ **Mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service.<br>☐ **Hand delivery**<br>☐ **Facsimile transmission**<br>☐ by **email** |

Dated:  October 30, 2023

                                              Jane L. Moisan, OSB No. 181864
                                              jane@pdxplp.com
                                              *Of Attorney for Plaintiff Bea Lake*